FILED
CLERK, U.S. DISTRICT COURT
JUN - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) Case No.: CR 11-492 -47
                Plaintiff,       ) ORDER OF DETENTION
vs.                              )
Cipriano Gaxiola                 )
                Defendant.       )

I.

A. (X) On motion of the Government in a case allegedly involving:
   1. ( ) a crime of violence.
   2. (X) an offense with maximum sentence of life imprisonment or death.
   3. (X) a narcotics or controlled substance offense with maximum sentence of ten or more years.
   4. ( ) any felony - where defendant convicted of two or more prior offenses described above.
   5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B. (✓) On motion by the Government/( ) on Court's own motion, in a case allegedly involving:
(✓) On the further allegation by the Government of:
1. (✓) a serious risk that the defendant will flee.
2. ( ) a serious risk that the defendant will:
   a. ( ) obstruct or attempt to obstruct justice.
   b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.
C. The Government (✓) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A. (✓) The Court finds that no condition or combination of conditions will reasonably assure:
1. ( ) the appearance of the defendant as required.
   ( ) and/or
2. (✓) the safety of any person or the community.
B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:
A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;
B. the weight of evidence against the defendant;

1   C.     the history and characteristics of the defendant; and
2   D.     the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report / recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A.   ( )   As to flight risk:
        ( ) Lack of bail resources
        ( ) Prior failures to appear / violations of probation/parole
        ( ) No stable residence or employment
        ( ) Ties to foreign countries and financial ability to flee

_____
_____
_____

B.   (✓)   As to danger:
        (✓) Nature of prior criminal convictions   *Prior DUI*
        (✓) Allegations in present indictment   *Drug trafficking action*
        ( ) Drug / alcohol use
        ( ) In custody for state offense

_____
_____
_____

| | |
|---|---|
| 1 | **VI.** |
| 2 | A. ( ) The Court finds that a serious risk exists the defendant will: |
| 3 |     1. ( ) obstruct or attempt to obstruct justice. |
| 4 |     2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror. |
| 5 | B. The Court bases the foregoing finding(s) on the following: |
| 6 | _____ |
| 7 | _____ |
| 8 | _____ |
| 10 | **VI.** |
| 11 | A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial. |
| 12 | B. IT IS FURTHER ORDERED that the defendant be committed to the custody of |
| 13 | the Attorney General for confinement in a corrections facility separate, to the |
| 14 | extent practicable, from persons awaiting or serving sentences or being held in |
| 15 | custody pending appeal. |
| 16 | C. IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 17 | opportunity for private consultation with counsel. |
| 18 | D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 19 | request of any attorney for the Government, the person in charge of the |
| 20 | corrections facility in which defendant is confined deliver the defendant to a |
| 21 | United States marshal for the purpose of an appearance in connection with a |
| 22 | court proceeding. |
| 24 | DATED: June 7, 2011 |
| 25 | MICHAEL R. WILNER |
| | UNITED STATES MAGISTRATE JUDGE |